The People of the State of New York ex rel. Thomas A. Weatherley, Respondent, v. James J. Sexton, President, and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Isabel D. Curtis, Appellant, v. George Graham Thomson and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [166 Misc. 870.]

Jacob A. Falk, Respondent, v. New York Evening Journal, Inc., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

The People of the State of New York, Respondent, v. New York Steam Corporation, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Transradio Press Service, Inc., Respondent, v. United Press Associations, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion.

Naoma A. Brown and Leo Brown, Respondents, v. Beth Israel Hospital Association, Inc., Appellant, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Albert B. Lang, as Administrator, etc., of Margaret Lang, Also Known as Margarethe Lang, Appellant, v. Ralph E. Taylor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Manufacturers Trust Company, Respondent, v. Kingsway Construction Corporation and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

George L. Loewy, Appellant, v. Board of Education of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Robert Goelet and Edward DeWitt, as Surviving Trustees, etc., of Ogden Goelet, Deceased, and Robert Goelet, Individually, Respondent, v. W. P. Chrysler Building Corporation, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.